USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 24 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
THE UNION CENTRAL LIFE INSURANCE : Civil Action No. 11-cv-02890-GBD
COMPANY, AMERITAS LIFE INSURANCE :
CORP. and ACACIA LIFE INSURANCE   : NOTICE OF DISMISSAL WITH
COMPANY,                          : PREJUDICE
                                  :
            Plaintiffs,           :
                                  :
    vs.                           :
                                  :
CREDIT SUISSE FIRST BOSTON        :
MORTGAGE SECURITIES CORP., et al.,:
                                  :
            Defendants.           :
---------------------------------------- x

712082_1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby dismiss, with prejudice, the following parties from this lawsuit to the extent set forth below:

1. Plaintiffs hereby dismiss, with prejudice, Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation as to all claims and causes of action alleged in the Complaint, without limitation.

2. Plaintiffs hereby dismiss, with prejudice, all other Defendants (including but not limited to Citigroup Global Markets Inc., UBS Securities LLC, HSBC Securities (USA) Inc., and Credit Suisse Securities (USA) LLC) with respect to all claims and causes of action alleged in the Complaint that arise out of or relate solely to the following mortgage-backed securities offerings: Wells Fargo Mortgage Backed Securities ("WFMBS") 2005-13 Trust, WFMBS 2005-15 Trust, WFMBS 2005-AR9 Trust, WFMBS 2005-AR11 Trust, WFMBS 2006-1 Trust, WFMBS 2006-9 Trust, WFMBS 2006-20 Trust, WFMBS 2006-AR14 Trust, and WFMBS 2007-3 Trust. Plaintiffs do not dismiss their claims or causes of action against these Defendants that arise out of or relate to other mortgage-backed securities offerings.

DATED: June 19, 2012          ROBBINS GELLER RUDMAN
                                & DOWD LLP
                              DAVID C. WALTON
                              JOHN J. STOIA, JR.
                              STEVEN W. PEPICH
                              ASHLEY M. PRICE


                                      s/ STEVEN W. PEPICH
                                      STEVEN W. PEPICH

                              655 West Broadway, Suite 1900
                              San Diego, CA 92101
                              Telephone: 619/231-1058
                              619/231-7423 (fax)

- 1 -

712082_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs

JUN 24 2012

SO ORDERED:

*George B. Daniels*
U.S.D.J.

- 2 -