UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————— x
THE UNION CENTRAL LIFE INSURANCE : Civil Action No. 11-cv-02890-GBD
COMPANY, AMERITAS LIFE INSURANCE :
CORP. and ACACIA LIFE INSURANCE : NOTICE OF DISMISSAL WITHOUT
COMPANY, : PREJUDICE
:
             Plaintiffs, :
:
vs. :
:
CREDIT SUISSE FIRST BOSTON : **SO ORDERED:**
MORTGAGE SECURITIES CORP., et al., :
:
            Defendants. : George B. Daniels, U.S.D.J.
———————————————————— x
                          Dated: JUN 29 2012

725327_1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby dismiss, without prejudice, the following parties from this lawsuit to the extent set forth below:

1. In light of the recent bankruptcy filing by the following defendants, Plaintiffs hereby dismiss, without prejudice, Defendants Residential Capital, LLC, Residential Accredit Loans, Inc. and Residential Funding Company, LLC as to all claims and causes of action alleged in the Complaint, without limitation.

DATED: June 21, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID C. WALTON
JOHN J. STOIA, JR.
STEVEN W. PEPICH
ASHLEY M. PRICE


            s/ STEVEN W. PEPICH
            STEVEN W. PEPICH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs

725327_1