UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY, AMERITAS LIFE INSURANCE CORP., and ACACIA LIFE INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>  -against-<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>      Defendants. | No. 11-cv-2890 (GBD)<br><br>ECF Case |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law, and the declaration of Alan C. Turner, sworn to on July 27, 2012 and the exhibits provided therewith, Defendant RBS Securities Inc. (the "Defendant") will move this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order dismissing the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting Defendant such other and further relief as the Court deems just and proper. Oral argument is requested on a date and at a time designated by the Court.

Dated: July 27, 2012
New York, New York

                    By:   /s/ Alan Turner

                          Thomas C. Rice
                          Alan C. Turner
                          SIMPSON THACHER & BARTLETT LLP
                          425 Lexington Avenue
                          New York, New York 10017
                          Telephone: (212) 455-2000
                          Facsimile: (212) 455-2502
                          trice@stblaw.com
                          aturner@stblaw.com

                          *Attorneys for Defendant RBS Securities Inc.*