# MEMO ENDORSED

**MAYER · BROWN**

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael O. Ware**
Direct Tel +1 212 506 2593
mware@mayerbrown.com

September 25, 2012

BY FAX 212-805-7930

Hon. James C. Francis IV
United States Magistrate Judge
500 Pearl Street
New York, N.Y. 11050

    Re:  Union Central Life v. Ally Financial et al,
           11 Civ. 2890 (GBD) (JCF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/12

Dear Judge Francis:

I am one of the attorneys for defendant HSBC Securities (USA) Inc. I am pleased to report that plaintiffs and HSBC are very close to an agreement to settle plaintiffs' claims against HSBC on the single RMBS certificate on which it is sued.

Meanwhile, plaintiffs' deadline to respond to all the various motions to dismiss, including the HSBC motion (DE 194), is next Monday, October 1. In the circumstances, may I request that plaintiffs' time to respond to the HSBC motion be extended two weeks, to October 15, 2012? With plaintiffs' counsel, Steve Pepich of the Robbins Geller firm, I am highly confident that we will be able to submit a dismissal stipulation by that date, mooting the dismissal motion. This request does not alter deadlines on the other defendants' motions.

Respectfully submitted,

Michael O. Ware

cc by email:

    Steven W. Pepich, Esq.
    (Robbins Geller Rudman & Dowd LLP for plaintiffs)

    All defense counsel

*[Handwritten endorsement:]* 9/25/12 Application granted. SO ORDERED. James C. Francis IV USMJ

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.