

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:   DEC 17 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x

THE UNION CENTRAL LIFE INSURANCE :
COMPANY, AMERITAS LIFE INSURANCE :
CORP. and ACACIA LIFE INSURANCE :
COMPANY,

              Plaintiffs,

   vs.

ALLY FINANCIAL, INC., et al.,

              Defendants.

——————————————————————— x

Civil Action No. 1:11-cv-02890-GBD-JCF

ECF Case

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE AS TO CERTAIN**
**DEFENDANTS**

     **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, this action is hereby dismissed with prejudice as against defendants Washington

Mutual Mortgage Securities Corp. and WaMu Capital Corp., without costs, expenses or attorneys'

fees to any party. Neither defendant has served either an answer or a motion for summary judgment.

DATED: December 12, 2012

ROBBINS GELLER RUDMAN
   & DOWD LLP


By: _____
DAVID C. WALTON (davew@rgrdlaw.com)
JOHN J. STOIA, JR. (johns@rgrdlaw.com)
STEVEN W. PEPICH (stevep@rgrdlaw.com)
ASHLEY M. PRICE (aprice@rgrdlaw.com)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

Attorneys for Plaintiffs The Union Central Life
Insurance Company, Ameritas Life Insurance Corp.,
and Acacia Life Insurance Company

IT IS SO ORDERED.

DATED: _____ DEC 17 2012

_____
THE HONORABLE GEORGE B. DANIELS

- 2 -