UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
THE UNION CENTRAL LIFE INSURANCE : Case No. 1:11-cv-02890-GBD-JCF
COMPANY, AMERITAS LIFE INSURANCE :
CORP. and ACACIA LIFE INSURANCE :
COMPANY, :
:
                Plaintiffs, :
:
vs. :
:
ALLY FINANCIAL, INC., et al., :
:
                Defendants. :
---------------------------------------- x

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** that this action be dismissed with prejudice as against defendant HSBC Securities (USA) Inc. ("HSBC"), without costs, expenses or attorneys' fees to any party.

DATED: Feb 7, 2013

ROBBINS GELLER RUDMAN
& DOWD LLP
By: _____
DAVID C. WALTON
JOHN J. STOIA, JR.
STEVEN W. PEPICH
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
Attorneys for Plaintiffs Union Central Life
Insurance Company, Ameritas Life Insurance Corp.,
and Acacia Life Insurance Company

810160_1

DATED: **Feb. 6**, 2013

MAYER BROWN LLP

By: _____
MICHAEL O. WARE
JOHN M. CONLON
1675 Broadway
New York, NY 10019
Telephone: 212/506-2500

, Attorneys for Defendant HSBC Securities (USA) Inc.

IT IS SO ORDERED.

DATED: **FEB 11 2013**

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

- 2 -

810160_1

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2013.

s/ STEVEN W. PEPICH
STEVEN W. PEPICH

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: stevep@rgrdlaw.com

810160_1