

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THE UNION CENTRAL LIFE INSURANCE :
COMPANY, AMERITAS LIFE INSURANCE :
CORP., and ACACIA LIFE INSURANCE, :
: ORDER
:
                         Plaintiffs, : 11 Civ. 2890 (GBD)
:
    -against- :
:
ALLY FINANCIAL, INC., RESIDENTIAL :
FUNDING SECURITIES, LLC, RESIDENTIAL :
CAPITAL LLC, RESIDENTIAL FUNDING :
COMPANY LLC, RESIDENTIAL ACCREDIT :
LOANS, INC., CITIGROUP, INC., CITIGROUP :
GLOBAL MARKETS, INC., CITIMORTGAGE, :
INC., CITIGROUP GLOBAL MARKETS :
REALTY CORP., CITIGROUP MORTGAGE :
SECURITIES, INC. CITIGROUP MORTGAGE :
LOAN TRUST, INC., DEUTSCHE BANK :
SECURITIES, INC., GOLDMAN, SACHS & CO., :
GS MORTGAGE SECURITIES CORP., :
GOLDMAN SACHS MORTGAGE COMPANY, :
HSBC SECURITIES (USA) INC., INDYMAC :
RMBS, INC., MORGAN STANLEY, MORGAN :
STANLEY & CO., INC., MORGAN STANLEY :
CAPITAL I INC., RBS SECURITIES, INC., :
SUNTRUST CAPITAL MARKETS, INC., UBS :
AG, UBS SECURITIES LLC, MORTGAGE :
ASSET SECURITIZATION TRANSACTIONS, :
INC., WAMU CAPITAL CORP., WASHINGTON :
MUTUAL MORTGAGE SECURITIES CORP., :
RANDALL COSTA, DOUGLAS R. KRUEGER, :
BRUCE J. PARADIS, and DANIEL L. SPARKS, :
:
                         Defendants. :
------------------------------------------------------------- X
GEORGE B. DANIELS, District Judge:

    Defendants Morgan Stanley, Morgan Stanley & Co., and Morgan Stanley Capital I Inc.'s Motion to Dismiss the Amended Complaint [214] is DENIED. Defendants GS Mortgage Securities Corp., Goldman Sachs & Co., Goldman Sachs Mortgage Company, and Daniel L. Sparks's Motion to Dismiss the Amended Complaint [ECF No. 197] is DENIED. Citigroup

2

Mortgage Securities, Inc., Citigroup Global Markets, Inc., Citigroup Global Markets Realty Corp., Citigroup Mortgage Loan Trust Inc., Citigroup, Inc., Citimortgage, Inc., Randall Costa, and Douglas R. Krueger's Motion to Dismiss the Amended Complaint [ECF No. 200] is DENIED.

A Memorandum Decision will issue subsequent to this Order.

Dated: New York, New York
    March 29, 2013

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

MAR 29 2013