UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
THE UNION CENTRAL LIFE INSURANCE :    Civil Action No. 1:11-cv-02890-GBD-JCF
COMPANY, AMERITAS LIFE INSURANCE :
CORP. and ACACIA LIFE INSURANCE  :
COMPANY,                            :
                       :
              Plaintiffs,     :
                       :
    vs.                      :
                       :
ALLY FINANCIAL, INC., et al.,         :
                       :
            Defendants.    :
                       :
———————————————————— x

### STIPULATION AND ORDER

     IT IS HEREBY STIPULATED AND AGREED that this action be dismissed with prejudice

as against defendant Deutsche Bank Securities Inc., without costs, expenses or attorneys' fees to any

party.

DATED: June 11, 2013              ROBBINS GELLᴇR RUDMAN
                              & DOWD LLP
                            DAVID C. WALTON
                            JOHN J. STOIA, JR.
                            STEVEN W. PEPICH
                            ASHLEY M. PRICE

                                  STEVEN W. PEPICH

             655 West Broadway, Suite 1900
             San Diego, CA  92101
             Telephone:  619/231-1058
             619/231-7423 (fax)

             Attorneys for Plaintiffs Union Central Life
             Insurance Company, Ameritas Life Insurance Corp.,
             and Acacia Life Insurance Company

DATED:  June 10, 2013

SIMPSON THACHER & BARTLETT LLP
ALAN C. TURNER

_____
ALAN C. TURNER

425 Lexington Avenue
New York, NY  10017
Telephone:  212/455-2000
212/455-2502 (fax)

Attorneys for Defendant Deutsche Bank Securities
Inc.

\*      \*      \*

## O R D E R

IT IS SO ORDERED.

DATED:  _____     _____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2013.

s/ STEVEN W. PEPICH
STEVEN W. PEPICH

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:stevep@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-02137-LTS-SN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Matthew I. Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com

- **Mark W. Carbone**
  wvjustice@aol.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,lisa.cox@blbglaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,E_File_SD@rgrdlaw.com,tholindrake@rgrdlaw.com,kcook@rgrdlaw.com

- **Thomas E. Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Andrew James Ehrlich**
  aehrlich@paulweiss.com

- **William Joseph Fenrich**
  william.fenrich@dpw.com,ecf.ct.papers@dpw.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com

- **Richard David Gluck**
  rgluck@fairbankvincent.com

- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com

- **Christopher Anthony Gorman**
  cgorman@cahill.com

- **David J. Harris , Jr**
  dharris@rgrdlaw.com

- **Christopher Burch Hockett**
  chris.hockett@dpw.com

- **Matthew P. Jubenville**
  matthewJ@blbglaw.com

- **Roberta Ann Kaplan**
  rkaplan@paulweiss.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Angel P. Lau**
  alau@rgrdlaw.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com

- **Nathan R. Lindell**
  stremblay@rgrdlaw.com,nlindell@rgrdlaw.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com

- **L. Dana Martindale**
  dmartindale@rgrdlaw.com

- **Kristina Marie Mentone**
  kmentone@reedsmith.com

- **Brett M. Middleton**
  brettm@blbglaw.com

- **Ivy T. Ngo**
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Carissa Marie Pilotti**
  carissa.pilotti@davispolk.com

- **Ashley M Robinson**
  ashleyr@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Tammy Lynn Roy**
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jdoty@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H. Saham**
  scotts@rgrdlaw.com

- **Dana Meredith Seshens**
  dana.seshens@dpw.com,ecf.ct.papers@dpw.com

- **Hayward Homes Smith**
  hayward.smith@rbs.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Tobias James Stern**
  tstern@paulweiss.com

- **David R. Stickney**
  davids@blbglaw.com,michelle.oneill@blbglaw.com,denab@blbglaw.com,errol.hall@blbglaw.com,kelly.mcdaniel@blbglaw.com

- **Susan G. Taylor**
  susant@rgrdlaw.com

- **David A. Thorpe**
  david@dstlegal.com

- **Carolina Cecilia Torres**
  ctorres@csgrr.com

- **Sarah Penny Windle**
  windls@cahill.com

- **Adam N. Zurofsky**
  azurofsky@cahill.com,MMcLoughlin@cahill.com,NMarcantonio@cahill.com

- **Robin F. Zwerling**
  rzwerling@zsz.com,jtarshis@zsz.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David T. Biderman
Perkins, Coie, L.L.P.
1620 26th Street 6th
South Tower
Santa Monica, CA 90404-4013

Keith E. Eggleton
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Judith B. Gitterman
Perkins Coie LLP (Santa Monica)
South Tower
1620 26th Street, 6th Floor
Canta Monica, CA 90404

Heather Brae Hoesterey
Reed Smith, LLP (San Francisco)
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

David Andrew McCarthy
Wilson Sonsini Goodrich & Rosati (CA)
650 Page Mill Road
Palo Alto, CA 94304
```