Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――― x
THE UNION CENTRAL LIFE INSURANCE :   Civil Action No. 1:11-cv-02890-GBD-JCF
COMPANY, AMERITAS LIFE INSURANCE :
CORP. and ACACIA LIFE INSURANCE  :   NOTICE OF DISMISSAL WITH
COMPANY,                          :   PREJUDICE
                                  :
                    Plaintiffs,   :
                                  :
          vs.                     :
                                  :
ALLY FINANCIAL, INC., et al.,     :
                                  :
                    Defendants.   :
――――――――――――――――――――― x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2014

946803_1

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice as against defendants Citigroup Inc., Citigroup Global Markets Inc., CitiMortgage, Inc., Citigroup Global Markets Realty Corp., Citigroup Mortgage Securities, Inc., Citigroup Mortgage Loan Trust Inc., Randall Costa and Douglas R. Krueger, without costs, expenses or attorneys' fees to any party. No defendants have served either an answer or a motion for summary judgment.

DATED: June 5, 2014  ROBBINS GELLER RUDMAN
  & DOWD LLP
 DAVID C. WALTON
 JOHN J. STOIA, JR.
 STEVEN W. PEPICH
 ASHLEY M. PRICE


 s/ STEVEN W. PEPICH
 STEVEN W. PEPICH

 655 West Broadway, Suite 1900
 San Diego, CA  92101
 Telephone:  619/231-1058
 619/231-7423 (fax)

 ROBBINS GELLER RUDMAN
  & DOWD LLP
 SAMUEL H. RUDMAN
 58 South Service Road, Suite 200
 Melville, NY  11747
 Telephone:  631/367-7100
 631/367-1173 (fax)

- 1 -

946803_1

ROBBINS GELLER RUDMAN
 & DOWD LLP
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs The Union Central Life
Insurance Company, Ameritas Life Insurance
Corp., and Acacia Life Insurance Company

IT IS SO ORDERED.

DATED: _____**JUN 1 1 2014**_____        _____*/s/ George B. Daniel*_____
                                          THE HONORABLE GEORGE B. DANIELS

- 2 -

946803_1

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 5, 2014.

s/ STEVEN W. PEPICH
STEVEN W. PEPICH

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: stevep@rgrdlaw.com

946803_1

## Mailing Information for a Case 1:11-cv-02890-GBD-JCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Juan Alberto Arteaga**
  jarteaga@stblaw.com

- **Bruce Birenboim**
  bbirenboim@paulweiss.com

- **Susanna Michele Buergel**
  sbuergel@paulweiss.com

- **Scott Hu Christensen**
  christen@hugheshubbard.com,fones@hugheshubbard.com

- **James W. Cobh**
  jcobb@rh-law.com

- **Jacob Eden Cohen**
  cohenja@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Christopher James Dunne**
  dunnec@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Theodore Edelman**
  edelmant@sullcrom.com,holtzmanb@sullcrom.com,pierrej@sullcrom.com,Bellwarej@sullcrom.com,katzmand@sullcrom.com,Trapsl@sullcrom.com,Rabinl@sullcrom.com,s&cmanagingclerk@sullcr-

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Eric Benjamin Epstein**
  epstein.eric@dorsey.com,fleetwood.yancy@dorsey.com

- **Caitlin Elizabeth Grusauskas**
  cgrusauskas@paulweiss.com

- **Brad Scott Karp**
  bkarp@paulweiss.com

- **Richard Howard Klapper**
  klapperr@sullcrom.com,josepht@sullcrom.com,Bellwarej@sullcrom.com,gottliebal@sullcrom.com,Trapsl@sullcrom.com,cedenom@sullcrom.com,s&cmanagingclerk@sullcrom.com,Rabinl@sullcrom

- **William Rudolph Arthur Kleysteuber , IV**
  kleysteuberR@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Charles Salem Korschun**
  ckorschun@mayerbrown.com,jmarsala@mayerbrown.com

- **Dan Foster Laney , III**
  dlaney@rh-law.com

- **Jeffrey A. Lipps**
  lipps@carpenterlipps.com,scaggs@carpenterlipps.com,battle@carpenterlipps.com,barthel@carpenterlipps.com,beekhuizen@carpenterlipps.com

- **Damien Jerome Marshall**
  dmarshall@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **Andrew Zenner Michaelson**
  amichaelson@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **Mathew Scott Miller**
  mathew.miller@dpw.com

- **Paul Steel Mishkin**
  paul.mishkin@dpw.com,ecf.ct.papers@dpw.com

- **Edward John Normand**
  enormand@bsfllp.com,gcalandros@bsfllp.com,wtracy@bsfllp.com

- **Jason Donald Padgett**
  padgettj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Michael A Paskin**
  mpaskin@cravath.com

- **Steven W. Pepich**
  spepich@rgrdlaw.com,cwood@rgrdlaw.com,APrice@rgrdlaw.com

- **David E. Potter**
  dpotter@lpgllp.com

- **Ashley M. Price**
  APrice@rgrdlaw.com

- **David Maxwell Rein**
  reind@sullcrom.com,stevensonh@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com,katzmand@sullcrom.com,davyej@sullcrom.com

- **Thomas C. Rice**
  trice@stblaw.com,managingclerk@stblaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Jacob Schwartz**
  daniel.schwartz@dpw.com

- **Jonathan M. Shaw**
  jshaw@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **John J. Stoia , Jr**
  johns@rgrdlaw.com

- **Michael Thomas Tomaino , Jr**
  tomainom@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com,katzmand@sulllcrom.com

- **Alan Craig Turner**
  aturner@stblaw.com,awatzman@stblaw.com,awilliams@stblaw.com,jrobinson@stblaw.com

- **Michael Orth Ware**
  mware@mayerbrown.com,jmarsala@mayerbrown.com

- **Brian Stryker Weinstein**
  brian.weinstein@dpw.com,ecf.ct.papers@davispolk.com

- **Jeffrey W. Willis**
  jwillis@rh-law.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Jeffrey A. Wurst**
  jwurst@rmfpc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer          A.L. Battle
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, OH 43215

David             Conrad Walton
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```