USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: DEC 01 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

| | |
|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY, AMERITAS LIFE INSURANCE CORP. and ACACIA LIFE INSURANCE COMPANY,<br><br>                 Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>                 Defendants. | Civil Action No. 1:11-cv-02890-GBD-JCF<br><br>STIPULATION AND ORDER |

--------------------------------------------------------- x

984816_1

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice as against defendant IndyMac MBS, Inc., without costs, expenses or attorneys' fees to any party.

DATED: November 26, 2014

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID C. WALTON
JOHN J. STOIA, JR.
STEVEN W. PEPICH
ASHLEY M. PRICE

/s/ Steven W. Pepich
STEVEN W. PEPICH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs

DATED: November 25, 2014          HUGHES HUBBARD & REED LLP
                                  SCOTT H. CHRISTENSEN

                                  _____
                                  SCOTT H. CHRISTENSEN

                                  1775 I Street, N.W., Suite 600
                                  Washington, DC 20006-2401
                                  Telephone: 202/721-4644
                                  202/721-4646 (fax)

                                  Attorneys for Defendant IndyMac MBS, Inc.

                    *    *    *

                           ORDER

IT IS SO ORDERED.
         DEC 01 2014
DATED: _____     _____
                                  THE HONORABLE GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE

- 2 -

984816_1

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014, I submitted the foregoing to judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2014.

s/ Steven W. Pepich
STEVEN W. PEPICH

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: Stevep@rgrdlaw.com

984816_1