UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THE UNION CENTRAL LIFE INSURANCE  :  Civil Action No. 1:11-cv-02890-GBD-JCF
COMPANY, AMERITAS LIFE INSURANCE  :
CORP. and ACACIA LIFE INSURANCE   :  STIPULATION AND ORDER
COMPANY,                          :
                                  :
                      Plaintiffs, :
                                  :
        vs.                       :
                                  :
ALLY FINANCIAL, INC., et al.,     :
                                  :
                      Defendants. :
---------------------------------------------------------------- x



992848.1

IT IS HEREBY STIPULATED AND AGREED that this action be dismissed with prejudice as against defendants Morgan Stanley, Morgan Stanley & Co. Inc. and Morgan Stanley Capital I Inc. without costs, expenses or attorneys' fees to any party.

DATED: December 22, 2014

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID C. WALTON
JOHN J. STOIA, JR.
STEVEN W. PEPICH
ASHLEY M. PRICE

/s/ STEVEN W. PEPICH

STEVEN W. PEPICH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs Union Central Life Insurance Company, Ameritas Life Insurance Corp., and Acacia Life Insurance Company

DATED: December 22, 2014

DAVIS POLK & WARDWELL LLP
JAMES P. ROUHANDEH

/s/ JAMES P. ROUHANDEH

450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000
212/701-5800 (fax)

Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Inc. and Morgan Stanley Capital I Inc.

* * *

ORDER

IT IS SO ORDERED.

DATED: _____DEC 23 2014_____

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE