UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

THE UNION CENTRAL LIFE INSURANCE
COMPANY, AMERITAS LIFE INSURANCE
CORP. and ACACIA LIFE INSURANCE
COMPANY,

                        Plaintiffs,

            v.

ALLY FINANCIAL, INC., et al.,

                        Defendants.

------------------------------------------------------------------- x

No. 11-cv-02890-GBD

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action and all claims asserted herein shall be, and hereby are, dismissed with prejudice in their entirety, with each party to bear its own costs and attorneys' fees.

DATED this **30** day of March, 2015.

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____

Steven W. Pepich, Esq.
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058

COUNSEL FOR PLAINTIFFS

1016949_1

SULLIVAN & CROMWELL LLP

By. *Richard H. Klapper* (/s/ with permission)
Richard H. Klapper
Theodore Edelman
Michael T. Tomaino
W. Rudolph Kleysteuber
125 Broad Street
New York, NY  10004-2498
Tel: (212) 558-4000
klapperr@sullcrom.com
edelmant@sullcrom.com

COUNSEL FOR DEFENDANTS

1016949_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2015.

<u>s/ STEVEN W. PEPICH</u>
STEPHEN W. PEPICH

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: stevep@rgrdlaw.com

**Mailing Information for a Case 1:11-cv-02890-GBD-JCF**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Juan Alberto Arteaga**
  jarteaga@stblaw.com

- **Bruce Birenboim**
  bbirenboim@paulweiss.com

- **Susanna Michele Buergel**
  sbuergel@paulweiss.com

- **Scott Hu Christensen**
  scott.christensen@hugheshubbard.com,kathleen.fones@hugheshubbard.com

- **James W. Cobb**
  jcobb@rh-law.com

- **Jacob Eden Cohen**
  cohenja@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Christopher James Dunne**
  dunnec@sullcrom.com,s&cmanagingclerk@sullcrom.com,martelj@sullcrom.com

- **Theodore Edelman**
  edelmant@sullcrom.com,holtzmanb@sullcrom.com,pierrej@sullcrom.com,Bellwarej@sullcrom.com,katzmand@sulllcrom.com,Trapsl@sullcrom.com,Rabinl@sullcrom.com,s&cmanagingclerk@sullcr

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Eric Benjamin Epstein**
  epstein.eric@dorsey.com,fleetwood.yancy@dorsey.com

- **Caitlin Elizabeth Grusauskas**
  cgrusauskas@paulweiss.com

- **Brad Scott Karp**
  bkarp@paulweiss.com

- **Richard Howard Klapper**
  klapperr@sullcrom.com,josepht@sullcrom.com,Bellwarej@sullcrom.com,gottliebal@sullcrom.com,Trapsl@sullcrom.com,cedenom@sullcrom.com,s&cmanagingclerk@sullcrom.com,Rabinl@sullcr

- **William Rudolph Arthur Kleysteuber , IV**
  kleysteuberR@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Charles Salem Korschun**
  ckorschun@mayerbrown.com,jmarsala@mayerbrown.com

- **Dan Foster Laney , III**
  dlaney@rh-law.com

- **Jeffrey A. Lipps**
  lipps@carpenterlipps.com,scaggs@carpenterlipps.com,battle@carpenterlipps.com,barthel@carpenterlipps.com,beekhuizen@carpenterlipps.com

- **Damien Jerome Marshall**
  dmarshall@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **Andrew Zenner Michaelson**
  amichaelson@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **Paul Steel Mishkin**
  paul.mishkin@dpw.com,ecf.ct.papers@davispolk.com

- **Edward John Normand**
  enormand@bsfllp.com,gcalandros@bsfllp.com,wtracy@bsfllp.com

- **Jason Donald Padgett**
  padgettj@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Michael A Paskin**
  mpaskin@cravath.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com,cwood@rgrdlaw.com,APrice@rgrdlaw.com

- **David E. Potter**
  dpotter@lpgllp.com

- **Ashley M. Price**
  APrice@rgrdlaw.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com

- **Thomas C. Rice**
  trice@stblaw.com,managingclerk@stblaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Jacob Schwartz**
  daniel.schwartz@dpw.com

- **Jonathan M. Shaw**
  jshaw@bsfllp.com,NYC_Managing_Clerk@bsfllp.com

- **John J. Stoia , Jr**
  johns@rgrdlaw.com

- **Michael Thomas Tomaino , Jr**
  tomainom@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com,katzmand@sulllcrom.com

- **Alan Craig Turner**
  aturner@stblaw.com,awatzman@stblaw.com,awilliams@stblaw.com,jrobinson@stblaw.com

- **Michael Orth Ware**
  mware@mayerbrown.com,jmarsala@mayerbrown.com

- **Brian Stryker Weinstein**
  brian.weinstein@dpw.com,ecf.ct.papers@davispolk.com

- **Jeffrey W. Willis**
  jwillis@rh-law.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,HDeshmukh@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Jeffrey A. Wurst**
  jwurst@rmfpc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer         A.L. Battle
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, OH 43215

David            Conrad Walton
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```