COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
THE UNION CENTRAL LIFE INSURANCE
COMPANY, AMERITAS LIFE INSURANCE
CORP. and ACACIA LIFE INSURANCE
COMPANY,

                        Plaintiffs,

                v.

ALLY FINANCIAL, INC., et al.,

                        Defendants.
----------------------------------------------------------------- X

No. 11-cv-02890-GBD

**SO ORDERED:**

*/s/ George B. Daniels*
**George B. Daniels, U.S.D.J.**

Dated: **MAR 3 1 2015**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action and all claims asserted herein shall be, and hereby are, dismissed with prejudice in their entirety, with each party to bear its own costs and attorneys' fees.

DATED this **30** day of March, 2015.

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____

Steven W. Pepich, Esq.
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058

COUNSEL FOR PLAINTIFFS

1016949_1